IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60296
Summary Calendar
_____

MOSES CHARLES EVERETT,

                              Plaintiff-Appellant,

versus

EDDIE LUCAS, COMMISSIONER,
MISSISSIPPI DEPARTMENT OF
CORRECTIONS; EDWARD HARGETT,
SUPERINTENDENT, MISSISSIPPI
STATE PENITENTIARY; CHRISTOPHER EPPS,

                              Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:94CV214-B-B
- - - - - - - - - -


*************************************************************

MOSES CHARLES EVERETT,

                              Petitioner-Appellant,

versus

NORMAN L. GILLESPIE, Clerk for
the Northern District of
Mississippi, Oxford Division,

                              Respondent-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi

USDC No. 3:95CV46-B-B

- - - - - - - - - -

September 30, 1996

Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Moses Charles Everett appeals from the dismissal as frivolous of his civil rights complaint, in which he alleged that the defendants violated his equal protection rights by denying him the opportunity to participate in an emergency work detail because he was serving a sentence for a sex offense.  We have reviewed the record and Everett's brief and AFFIRM the district court's dismissal for essentially the same reasons adopted by the district court.  Everett v. Lucas, No. 4:94CV214-B-B (N.D. Miss. Apr. 1, 1996).

AFFIRMED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.